

**Joel G. MacMull, Member**
*Admitted to the New York Bar*

jmacmull@lawfirm.ms
973.295.3652 Direct

New Jersey ● New York ● Florida

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

1270 Avenue of the Americas, Suite 1808 Floor
New York, New York 10020
212.776.1834 Main
www.lawfirm.ms

January 24, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Cesari S.R.L. v. Peju Province Winery L.P. et al.*
                **Case No. 17-cv-00873 (NRB)**

Dear Judge Buchwald:

      We represent defendants Peju Province Winery L.P., Peju Family Operating Partnership, L.P., and Peju Province Corporation (collectively, "defendants") in the above-captioned matter.

      Your Honor may recall that the parties last conferenced with the Court on January 17, 2019. During the conference, counsel for plaintiff Cesari S.R.L ("plaintiff") expressed her intention to amend plaintiff's initial complaint and was instructed by the Court to "quickly get in the motion for leave to amend." (Dkt. No. 161-1 at 7.) Plaintiff filed its Motion for Leave to File First Amended and Supplemental Complaint more than six months later on June 7, 2019. (Dkt. No. 157.) The motion was fully briefed as of July 22, 2019. (Dkt. No. 163.)

      During the conference it was also determined that defendants' discovery, specifically, that flowing from plaintiff to defendants was adjourned pending a determination on plaintiff's motion to amend. Defendants respectfully request an in-person status conference with the Court so that the parties may bring this matter to resolution and believe such a conference would be beneficial to discuss: (i) a ruling date for plaintiff's motion; and (ii) entering into a revised discovery schedule in this matter.



The Court's continued attention to this matter is appreciated.

                                              Respectfully submitted,

                                              Joel G. MacMull

cc:     All Counsel of Record (*via ECF only*)