

**Mandelbaum Salsburg**

*Attorneys at Law*

**Joel G. MacMull, Member**
*Admitted to the New York Bar*

jmacmull@lawfirm.ms
973.295.3652 Direct

New Jersey • New York • Florida

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

1270 Avenue of the Americas, 18th Floor
New York, New York 10020
212.776.1834 Main
www.lawfirm.ms

March 2, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    **Re:** *Cesari S.R.L. v. Peju Province Winery L.P. et al.*
      **Case No. 17-cv-00873 (NRB)**

Dear Judge Buchwald:

  We are counsel to Peju Province Winery L.P., Peju Family Operating Partnership, L.P., and Peju Province Corporation (collectively, "Peju" or "defendants") in connection with the above-captioned matter. We write to the Court pursuant to Fed. R. Civ. P. 6(b)(1)(A), and § 1(E) of Your Honor's Individual Practices in response to the Court's order dated February 24, 2020 (Dkt. No. 191). More specifically, defendants write to request a brief adjournment of the status conference currently scheduled for March 23, 2020 at 2:45 p.m. (*Id.*)

  Pursuant to Fed. R. Civ. P. 6(b)(1)(A), defendants submit good cause exists for a brief adjournment. The undersigned is scheduled to be in attendance and presenting at a conference on March 23, 2020, which has been scheduled for months.

  In further compliance with § 1(E) of Your Honor's Individual Practices, defendants further note as follows:

1. No prior request has been made to adjourn the above-referenced status conference date; and

2. Plaintiff consents to this request.

*[Handwritten annotation:]* The conference is adjourned until March 31, 2020 at 3:30pm. So Ordered. Naomi Reice Buchwald, USDJ 3/2/20



The parties have been in communication following the Court's order and are available for a status conference on any of the following dates subject to the Court's availability: March 26th, 27th, 30th or 31st, 2020.

Accordingly, for the foregoing reasons, defendants respectfully request the status conference currently scheduled for March 23, 2020 at 2:45 p.m. be adjourned for good cause.

Respectfully submitted,

Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)