```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CESARI S.R.L.,

                Plaintiff,
                                                O R D E R
        - against -
                                                17 Civ. 873 (NRB)
PEJU PROVINCE WINERY L.P., PEJU
PROVINCE CORPORATION, and PEJU
FAMILY OPERATING PARTNERSHIP, L.P.,

                Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The conference scheduled for March 31, 2020 at 3:30 p.m. is rescheduled for April 15, 2020 at 12:00 p.m., and it will be held telephonically. The Court will contact the parties with dial-in instructions as April 15 approaches.

Dated:   New York, New York
         March 27, 2020

                                    _____
                                        NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE