

**Joel G. MacMull, Member**
*Admitted to the New York Bar*

jmacmull@lawfirm.ms
973.295.3652 Direct

New Jersey ● New York ● Florida

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

1270 Avenue of the Americas, 18th Floor
New York, New York 10020
212.776.1834 Main
www.lawfirm.ms

April 13, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> The conference scheduled for April 15, 2020 at noon is adjourned.
> Dated: April 13, 2020
>
> */s/ Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE

Re: *Cesari S.R.L. v. Peju Province Winery L.P. et al.*
     **Case No. 17-cv-00873 (NRB)**

Dear Judge Buchwald:

We are counsel to Peju Province Winery L.P., Peju Family Operating Partnership, L.P., and Peju Province Corporation (collectively, "Peju" or "defendants") in connection with the above-captioned matter. We write to the Court, with the consent of plaintiff, to request a brief adjournment of the conference scheduled for April 15, 2020.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), we submit good cause exists for the requested adjournment. My mother-in-law passed away yesterday and my family is in the process of making arrangements. These circumstances are complicated by COVID-19 and the expected need to transfer the deceased across state lines.

In contacting Chambers this morning, we were asked to keep the Court informed of possible alternative dates once we learn more. Naturally, we will do so.

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc:   All Counsel of Record (*via ECF only*)

