```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CESARI S.R.L.,

            Plaintiff,

      - against -                         O R D E R

PEJU PROVINCE WINERY L.P., PEJU           17 Civ. 873 (NRB)
FAMILY OPERATING PARTNERSHIP, L.P.,
and PEJU PROVINCE CORPORATION,

            Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the documents that the parties submitted following the April 30, 2020 teleconference, and it directs as follows.

First, the unredacted retainer agreement that defendants' counsel submitted to the Court under seal on May 12, 2020 differs from the redacted amended retainer agreement attached as Exhibit 2 to ECF No. 183. The redacted amended retainer agreement states "AMENDED RETAINER" at the top, whereas the unredacted retainer agreement that counsel submitted to the Court does not. The Court accordingly directs defendants to furnish the unredacted amended retainer agreement under seal, and a certification that the two retainer agreements are the only retainer agreements between defendants and Mandelbaum Salsburg P.C.

Second, having reviewed the samples of documents that

defendants produced to plaintiff regarding the sales and costs of LIANA-branded wines, and without ruling on the sufficiency of that production, the Court finds that the documents provide a basis for a meaningful deposition of Kandiss Schulz.  The parties shall provide the Court with a schedule for the taking of that deposition, and, in light of the ongoing COVID-19 pandemic, the Court encourages the parties to explore remote alternatives.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 196 and 214.

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE