```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CESARI S.R.L.,

                Plaintiff,
                                              MEMORANDUM
      - against -
                                              17 Civ. 873 (NRB)
PEJU PROVINCE WINERY L.P., PEJU
FAMILY OPERATING PARTNERSHIP, L.P.,
and PEJU PROVINCE CORPORATION,

                Defendants.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed defendants' retainer agreements with Mandelbaum Salsburg P.C. Based on its review, the Court finds that the redacted amended retainer agreement that defendants produced to plaintiff, see ECF No. 183, Ex. 2, satisfies the Court's direction to defendants at the January 17, 2019 conference to produce their retainer agreement with Mandelbaum Salsburg P.C., see ECF No. 150 at 70:21-23.

Dated:   New York, New York
         July 28, 2020

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE