```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CESARI S.R.L.,

                Plaintiff,                    ORDER

         - against -                          17 Civ. 873 (NRB)

PEJU PROVINCE WINERY L.P., PEJU
FAMILY OPERATING PARTNERSHIP, L.P.,
and PEJU PROVINCE CORPORATION,

                Defendants.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' letters dated August 2, 5, and 6, 2020. The deposition of Kandiss Schulz shall be taken remotely. The Court directs the parties to use Judge Lehrburger's Sample Remote Deposition Protocol, which is available on the Court's website,[1] as the model for the protocol in this case. Any party that objects to any provision of Judge Lehrburger's Protocol shall explain their objection in writing to the Court by August 17, 2020.

**SO ORDERED.**

Dated:   New York, New York
         August 10, 2020

                                       _____
                                       NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE

---

[1] https://nysd.uscourts.gov/sites/default/files/practice_documents/RWL%20Lehrburger%20Sample%20Remote%20Deposition%20Protocol.pdf.