

**Joel G. MacMull, Member**
*Admitted to the New York Bar*

jmacmull@lawfirm.ms
973.295.3652 Direct

New Jersey ● New York ● Florida

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

1270 Avenue of the Americas, 18th Floor
New York, New York 10020
212.776.1834 Main
www.lawfirm.ms

January 29, 2021

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Cesari S.R.L. v. Peju Province Winery L.P. et al.*
                **Case No. 17-cv-00873 (NRB)**

Dear Judge Buchwald:

      We are counsel to Peju Province Winery L.P., Peju Family Operating Partnership, L.P., and Peju Province Corporation (collectively, "defendants") in connection with the above-captioned matter. We write to the Court now pursuant to § H(2) of Your Honor's Individual Practices in search of leave to file documents in connection with defendants' motion for sanctions under seal. Specifically, the documents we request be filed under seal are:

- The Declaration of Kandiss Schulz with one accompany exhibit;
- The Declaration of Ariana Peju;
- The Declaration of Joel MacMull with three accompany exhibits;

      The basis for defendants' request that these documents be sealed arises from their inclusion of confidential and/or proprietary financial information as it pertains to the defendants' business operations.

```
Application granted,
pending further review by
the Court.
```

Respectfully submitted,

*[signature: Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         February 1, 2021

*[signature]*
Joel G. MacMull

      cc:    All Counsel of Record (*via ECF only*)