```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
CESARI S.R.L.,

                Plaintiff,

        - against -

PEJU PROVINCE WINERY L.P. and PEJU FAMILY          ORDER
OPERATING PARTNERSHIP, L.P.
                                                   17 Civ. 873 (NRB)
                Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court will address and rule on the issues raised in the parties' joint letter, dated September 9, 2021, at an in-person conference to be held on November 4, 2021 at 11:00 a.m. Given the Court's familiarity with this case and the amount of briefing that has already been submitted to date, the parties should not anticipate a full-fledged oral argument.

Dated:   New York, New York
         October 19, 2021

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE