UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CESARI S.R.L.,

             Plaintiff,                      **ORDER**

      - against -                   17 Civ. 873 (NRB)

PEJU PROVINCE WINERY L.P., PEJU PROVINCE
CORPORATION, and PEJU FAMILY OPERATING
PARTNERSHIP, L.P.,

             Defendants.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The oral argument for defendants' motion for summary judgment will be held in person on June 14, 2022 at 12:00 p.m. at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21A, located at 500 Pearl Street, New York, New York, 10007.

Dated:    New York, New York
          May 26, 2022

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE