

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

February 7, 2022

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re: *Cesari S.R.L. v. Peju Province Winery L.P. et al.*
       <u>Case No. 17-cv-00873 (NRB)</u>

Dear Judge Buchwald:

  We are counsel to Peju Province Winery L.P. and Peju Family Operating Partnership, L.P. (collectively, "defendants") in the above-captioned matter. We write to the Court now pursuant to Section H(2) of Your Honor's Individual Practices to request that ECF 363 and ECF 364 (both filed moments ago in connection with defendants' reply in further support of their motion for summary judgment) be sealed by the Court. The documents referenced above track the materials the Court previously permitted to be sealed and contain defendants' confidential financial information. (ECF 343, ECF 358.) Redacted versions of ECF 363 and ECF 364 were also filed moments ago with the Court and appear at ECF 365 and ECF 366.

  Naturally, insofar as the Court has any questions or concerns about this request, we are available at the Court's convenience.

```
Application granted.  SO ORDERED.
          [signature]
       NAOMI REICE BUCHWALD
     UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       August 17, 2022
```

Respectfully submitted,

[signature]

Joel G. MacMull

cc: All counsel of Record (*via ECF only*)

Roseland, NJ   Edison, NJ   Elizabeth, NJ   Eatontown, NJ   New York, NY   Boca Raton, FL   Denver, CO

mblawfirm.com