```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CESARI S.R.L.,

                    Plaintiff,
                                                ORDER
          - against -
                                          17 Civ. 873 (NRB)
PEJU PROVINCE WINERY L.P., PEJU FAMILY
OPERATING PARTNERSHIP L.P., and PEJU
PROVINCE CORPORATION,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Clerk of Court is directed to strike ECF No. 413 from the docket as it was filed in violation of ECF No. 411.

Dated:   New York, New York
         February 16, 2023

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1