UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CESARI S.R.L.,

                Plaintiff,              17 CIVIL 0873 (NRB)

      -against-                   **JUDGMENT**
                                 For Attorney's Fees and Costs

PEJU PROVINCE WINERY L.P., PEJU
FAMILY OPERATING PARTNERSHIP L.P.,
and PEJU PROVINCE CORPORATION,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 11, 2024, plaintiff's motion is granted in part and denied in part. Plaintiff is entitled to attorney's fees of $666,214, costs of $14,661.97, expert witness fees under Rule 26(b)(4)(E)(i) of $2,697.75, and post judgment interest. Judgment is entered for the plaintiff in accordance with the opinion, and the case is closed.

**Dated:**  New York, New York
           July 12, 2024

                                                  **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                        **BY:**
                                                  **Deputy Clerk**