UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CESARI S.R.L.,

                Plaintiff,                    17 **CIVIL** 0873 (NRB)

      -against-                  **AMENDED JUDGMENT**

PEJU PROVINCE WINERY L.P., PEJU
FAMILY OPERATING PARTNERSHIP L.P.,
and PEJU PROVINCE CORPORATION,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2023, the Court concludes that plaintiff is entitled to profits in the amount of $666,214 and Memorandum and Order dated July 11, 2024, plaintiff's motion is granted in part and denied in part. Plaintiff is entitled to attorney's fees of $666,214, costs of $14,661.97, expert witness fees under Rule 26(b)(4)(E)(i) of $2,697.75, and post judgment interest.

Judgment is entered for the plaintiff in accordance with the opinion, and the case is closed.

**Dated:** New York, New York
           July 12, 2024

                                        **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                  **BY:**

                                         **Deputy Clerk**